## SIMMERMAN ET AL. *v.* GREENE ET AL.

[No. 10,449. Filed June 4, 1920. Rehearing denied December 7, 1920.]

CHATTEL MORTGAGES.—*Priority.*—A chattel mortgage recorded in the county where the mortgagor resides is by virtue of §7472 Burns 1914, §4913 R. S. 1881, senior to another executed and recorded in another county prior to its execution.

From Madison Superior Court; *Willis S. Ellis,* Judge.

Action between Willis G. Simmerman and others, and Stuart A. Greene and others. From a judgment for the latter, the former appeals. *Affirmed.*

*Kittinger & Dwen,* for appellants.
*Bagot & Free,* for appellees.

DAUSMAN, J.—On August 25, 1917, Stuart A. Greene executed a chattel mortgage to Simmerman and Guinn, which was recorded August 27, 1917, in Madison county. On November 8, 1917, he executed a chattel mortgage on the same property to the Farmers Trust Company, which was recorded November 9, 1917, in Marion county. The primary question in the case was, Which is the senior mortgage? The determination of that question depended upon the answer to the secondary question, Was Greene a resident of Madison county or Marion county? §7472 Burns 1914, Acts 1897 p. 240. The court found that he was a resident of Marion county, and held that the Farmers Trust Company had the prior lien. There is evidence competent and substantial tending to sustain the decision.

Judgment affirmed.